RILEY A. CLAYTON
Nevada Bar No. 005260
rclayton@lawhjc.com
KATHY A. McCARTHY
Nevada Bar No. 011204
kmccarthy@lawhjc.com

**HALL JAFFE & CLAYTON, LLP**
7425 PEAK DRIVE
LAS VEGAS, NEVADA 89128
(702) 316-4111
FAX (702)316-4114

Attorneys for Defendant,
*State Farm Mutual Automobile Insurance Company*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CAROL BARKER, individually and as Parent and Natural Guardian of VRB, a minor,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE FARM MUTUAL AUTMOBILE INSURANCE COMPANY, a Foreign Corporation; DOES 1 through 10 ROE ENTITIES 11 through 20, inclusive jointly and severally,<br><br>Defendants. | CASE NO. 2:20-cv-01010-JAD-BNW<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**<br><br>ECF No. 19 |

Plaintiffs, CAROL BARKER, individually and as Parent and Natural Guardian of VRB, a minor, by and through their counsel of record, Boyack Law Group, and Defendant, State Farm Mutual Automobile Insurance Company, by and through its counsel of record, Hall Jaffe & Clayton, LLP, hereby agree and stipulate as follows:

IT IS HEREBY STIPULATED AND AGREED that the Complaint in this matter be dismissed with prejudice, including any and all claims asserted therein or that could

PAGE 1

have been

///

asserted therein, with all parties to bear their own attorneys' fees and costs.

Dated this ___ day of October, 2020.          Dated this 9th day of ~~October~~ February, 2021, 2020.

**BOYACK LAW GROUP**                          **HALL JAFFE & CLAYTON, LLP**

_____               _____
BRYAN A. BOYACK, ESQ. (#9980)                 RILEY A. CLAYTON., ESQ. (#5260)
8906 Spanish Ridge Avenue, Ste. 100           KATHY A. McCARTHY, ESQ. (#11204)
Las Vegas, NV 89148                           7425 Peak Drive
*Attorneys for Plaintiffs*                    Las Vegas, Nevada 89128
                                              *Attorneys for Defendant*

## ORDER

Based on the parties' stipulation **[ECF No. 19]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs.  The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: February 19, 2021